THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Randy Fitzgerald Rice,       
Appellant.
 
 
 

Appeal From Spartanburg County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2004-UP-086
Submitted December 23, 2003  Filed February 12, 2004 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Asst. Deputy Attorney General Charles H. Richardson, 
 all of Columbia, and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondents.
 
 
 

PER CURIAM:  Randy F. Rice appeals both 
 his convictions for various counts of criminal domestic violence and the revocation 
 of his probation.  Rices appellate counsel has petitioned to be relieved as 
 counsel, stating he has reviewed the record and has concluded Rices appeal 
 is without merit.  The issue briefed by counsel concerns whether the trial court 
 complied with Boykin v. Alabama 
 [1] when accepting Rices guilty pleas.  Rice has filed several documents 
 on his own behalf with this court.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Rices appeal 
 and grant counsels petition to be relieved. 
 [2] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1]   Boykin v. Alabama, 395 U.S. 238 (1969).

 
 
 [2]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.